Jerry and Wendy Mulder
5601 – 219th Place SW
Mountlake Terrace, Washington 98043
425-774-3494 • powersupply01@yahoo.com

April 18, 2013

FILED
LODGED
RECEIVED
MAIL

APR 19 2013

AT SEATTLE
CLERK U.S. DISTRICT
WESTERN DISTRICT OF WASHINGTON
BY
DEPUTY

Clerk
U.S. District Court
700 Stewart Street, Suite 2310
Seattle, Washington 98101

Reference: Request to quash or vacate Subpoena in Case No. C13-0050RSL, R&D FILM 1, LLC v. DOES 1-46

Open Letter to the Court,

13-CV-00050-NTC

Since no boilerplate "fill-in-the-blanks" document is available to effect this task, I (Jerry) was instructed by the Court via telephone to generate this request freehand. Wendy Mulder does not access, nor does she even know how to access or use the Internet. These are our own words. We are asking that the Court enter a protective motion on our behalf to quash the referenced Subpoena. We understand that the information contained in this letter will be added to the case file. The details of our justification to quash are in the **bolded** paragraph below.

**While attempting to find out during many frustrating, exhaustive days and sleepless nights as to what is going on, "uploading or downloading a movie without permission" via our IP Address very likely happened in the following manner. As far back as May of 2012, possibly even much earlier, I (Jerry) had several problems with our personally-owned Linksys/Cisco wireless router locking-up. It needed to be totally reset a number of times. I (Jerry) did not fully realize/remember, that this procedure also removed any existing network protection I (Jerry) had specified years prior. Until a few days ago, I (Jerry) apparently operated our home WI-FI system for many months without (any) security at all. Any computer or other device that accesses the Internet via our router would also be assigned static IP address 76.121.42.83. As a test, using 2 separate laptop computers, I (Jerry) additionally verified this to be the case. Both showed that same IP address when accessing the Internet via our wireless router. During those many**

months, anyone with a computer (including most laptops) within signal range with wireless capability would furthermore have free and surreptitious access to our WI-FI and be able to go on the Internet at will. All this would be taking place without our permission, without our knowledge and without prior warning to us. We are physically surrounded by several WI-FI networks within signal range of our home (1-3 signal strength bars), any one of which could have accessed the Internet via our system. I (Jerry) have since downloaded and installed the newest firmware revision on our router. I (Jerry) have also re-instated WPA2-PSK security on our router using a different "strong" password, hoping that it will help alleviate future problems of this type. I (Jerry) have furthermore performed a complete system scan to check for viruses, trojans and other malware.

**<u>Jerry Mulder and Wendy Mulder are innocent of "uploading or downloading a movie without permission," as incorrectly and unfairly implied in the lawsuit accusation by R&D FILM 1, LLC.</u>**

Well before May 10, 2013, a copy of this request will be faxed to Comcast at 866-947-5587. It will be sent, together with US Postal Service mail tracking receipt, showing that our Subpoena quash request was received by the Court. If we do not comply with Comcast's request by May 10, 2013, Comcast states in its letter to us that it will "provide your name, address and other information as directed in the Order to the Plaintiff."

We will be happy to provide any other relevant information the Court requests.

Thank you.

Respectfully,

*[signature]*      *[signature]*
Jerry P. Mulder      Wendy L. Mulder

