UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R&D FILM 1, LLC,

    Plaintiff,

  v.

DOES 1 - 46,

    Defendants.

Case No.  C13-0050RSL

ORDER QUASHING SUBPOENA

This matter comes before the Court on a letter request seeking to quash a subpoena issued to Comcast in the above-captioned matter. Dkt. # 6. The subpoena appears to be moot as it relates to IP address 76.121.42.83. The Court granted leave for preliminary discovery for the purpose of identifying the Doe defendants: that purpose has now been accomplished insofar as Jerry and Wendy Mulder are concerned. Plaintiff has the information it needs to serve Doe 10.

Quashing the subpoena will not preclude this action for copyright infringement. To the contrary, the case will officially begin with personal service of the complaint, at which point defendant will have the opportunity to respond to the merits of plaintiff's claims.[1]

---

[1] If and when service is accomplished on the Mulders, they may want to review Fed. R. Civ. P. 12 when evaluating his options for presenting defenses and objections.

ORDER QUASHING SUBPOENA - 1

1         For all of the foregoing reasons, the subpoena issued to Comcast regarding IP address 76.121.42.83 is QUASHED as moot.

        Dated this 2nd day of May, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER QUASHING SUBPOENA - 2